

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-20-00132-CV

**ESCONDIDO RESOURCES II, LLC**,
Appellant

v.

**LAS TINAJAS MINERALES, LTD.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVI-000015-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due June 5, 2020. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court